**DISMISS; and Opinion Filed July 10, 2013.**



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01013-CV

### IN THE INTEREST OF E.F AND O.E, CHILDREN

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-55555-2011**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices FitzGerald and Lewis
Opinion by Justice Lewis

The clerk's record in this case is overdue. By letter dated February 8, 2013 we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b).



/David Lewis/
DAVID LEWIS
JUSTICE


121013F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF E.F AND O.E,
CHILDREN

No. 05-12-01013-CV

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-55555-2011.
Opinion delivered by Justice Lewis. Chief
Justice Wright and Justice FitzGerald
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Maria Fierros recover her costs of this appeal from appellant Osaretin Egharevba.

Judgment entered this 10th day of July, 2013.

/David Lewis/

DAVID LEWIS
JUSTICE